RECEIVED
MAY 3 0 2023
BY MAIL

May 25, 2023

Honorable Judge Audrey G. Fleissig,

My name is Valentino Carpenter Case #NO.4:22 CR 390 AGF. This letter its in reguard's to my public defender Eric Selig, and hes representation towards my case. I been having many issues with Mr. Selig, one of them is the lack of communication between us. He has failed to walk me through my case properly by explaining all aspects and all possibilities I have pertaining to the outcome of my case.

 Mr. Selig has tried to pressure me into signing a plea agreetment I'm not comfortable with by saying if I don't sign, more serious charges will be file against me.

 At this point I do not feel comfortable continuing with him as my attorney. He has not tried or even mentioned, arguing for a more negotiable plea considering my lack of criminal history. Your Honor, I will like to remove Mr. Selig from my case for innefective assistance of counsil. It's my life and future on the line. Thank you for your time and assistance on this matter.

Valentino carpenter
5.BAster Drive
Sainte Genevieve, MO
63670

MAILED FROM
STE GENEVIEVE CO
DETENTION CENTER

SAINT LOUIS MO 630



Judge A. Fleissig
111 S. 10th St.
Saint Louis, MO. 63102

63102-112599